**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 27, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00712-CR

## IN RE RICKY DEAN FOWLER, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Court at Law No. 1
Galveston County, Texas
Trial Court Cause No. CV-0069295

## MEMORANDUM OPINION

On August 21, 2015, relator Ricky Dean Fowler filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Texas Department of Criminal Justice-Division of Board of Pardons and Paroles to reopen his revocation hearing.

This court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The Board of Pardons and Paroles is not a district court or county court judge in this court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the Board of Pardons and Paroles.

Accordingly, we dismiss relator's petition for lack of jurisdiction. We also deny as moot relator's motion for leave to file the petition for writ of mandamus and application to proceed without prepayment of fees.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).